WALTER J. FAHY et al., Copartners under the Firm Name of WALTER J. FAHY & COMPANY, Respondents, *v.* IRVING TRUST COMPANY, Appellant.

(Argued June 3, 1936; decided July 8, 1936.)

*William A. Onderdonk, Grant W. Van Saun* and *Paul E. Mead* for appellant.

*Harold W. Bissell* and *Theodore Kiendl* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.